# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-19 (MTT) |
| | ) |
| JOSE SANTIAGO LONGORIA-ALVAREZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The government has moved to continue this case until the next trial term.  Doc. 27.  The defendant was indicted on March 12, 2024, and had his arraignment in this Court on March 26, 2024.  Docs. 16; 19.  No prior continuances have been granted.  The government now moves the Court to continue this case to the next trial term to allow additional time for defense counsel to receive and review discovery, conduct any required investigations, prepare for trial or negotiate a potential resolution of the case.  Doc. 27 ¶ 4.  The defendant does not oppose the motion.  *Id.* ¶ 5.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 27) is **GRANTED**.  The case is continued from the April term until the Court's next trial term presently scheduled for **July 22, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 28th day of March, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT